UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PANZICA BUILDING CORPORATION, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:20-cv-875 DRL-MGG |
| WESTFIELD INSURANCE COMPANY, | |
| Defendant. | |

ORDER

Panzica Building Corporation (PBC) filed this action asserting diversity jurisdiction under 28 U.S.C. § 1332. The court has an independent obligation to assure its subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3); *Lowrey v. Tilden*, 948 F.3d 759, 760 (7th Cir. 2020); *Smith v. American Gen. Life & Acc. Ins. Co.*, 337 F.3d 888, 892 (7th Cir. 2003). PBC hasn't properly pleaded diversity jurisdiction for two reasons.

First, PBC says that "upon information and belief" Westfield Insurance Company resides in Ohio and is licensed to do business in Indiana. Allegations based on information and belief are insufficient. *See America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992).

Second, PBC doesn't provide the information necessary to determine diversity of citizenship. If Westfield Insurance Company is incorporated, and it likely is, its citizenship derives from its state of incorporation and the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1). Allegations that Westfield Insurance Company exists in Ohio and is licensed to do business in Indiana are insufficient.

Accordingly, the court ORDERS PBC to file an amended complaint by December 21, 2020 that properly addresses the court's jurisdiction, else the case may be dismissed without further notice.

SO ORDERED.

December 10, 2020                                   *s/ Damon R. Leichty*
                                                    Judge, United States District Court