UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PANZICA BUILDING CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: 3:20-cv-00875-DRL-MGG |
| v. ) | |
| ) | |
| WESTFIELD INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**

Comes now Plaintiff, Panzica Building Corporation, by counsel Martin J. Gardner, Christopher J. Uyhelji, and Andria M. Oaks of Gardner & Rans P.C., and submits the following Complaint for Declaratory Judgment:

**The Parties**

1. Plaintiff, Panzica Building Corporation, is an Indiana Corporation with its principal place of business in Indiana.

2. Defendant, Westfield Insurance Company, is an Ohio Corporation with its principal place of business in Ohio

3. Plaintiff, Panzica Building Corporation is a for profit Indiana Company, licensed to do business within the State of Indiana.

4. Defendant, Westfield Insurance Company, is a for profit Ohio Company, licensed to do business within the State of Indiana.

## Jurisdiction and Venue

5. This Court has subject matter jurisdiction over this dispute under 28 U.S.C. § 1332 in that is arises between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because Defendant does business in this District, and the events underlying this action occurred in this District.

7. Panzica Building Corporation is incorporated in Indiana and is a citizen of the State of Indiana.

8. Panzica Building Corporation's principal place of business is in South Bend, Indiana, and Panzica Building Corporation is a citizen of the State of Indiana.

9. Westfield Insurance Company is incorporated in Ohio and is a citizen of the State of Ohio.

10. Westfield Insurance Company's principal place of business is in Westfield Center, Ohio, and Westfield Insurance Company is a citizen of the State of Ohio.

## The Underlying Contract and Lawsuit

11. Defendant, Westfield Insurance Company, issued an insurance policy under policy number TRA 7 972 182, to Panzica2, A Joint Venture (listed in the policy as "Panzica2Joint Venture"), and its members, for the period of October 30, 2015, through October 30, 2016. (See Westfield Insurance Company's Insurance Policy Number: TRA 7 972 182, attached as Exhibit A).

12. The above stated insurance policy includes coverage for the individual members of Panzica2Joint Venture pursuant to the terms listed below:

"**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as . . .

      b.      a partnership or joint venture, you are an insured. Your members, you partners, and their spouses are also insureds, but only with respect to the conduct of your business. . . " (Ex. A, p. 19)

"**J.**    **WHO IS AN INSURED BROADENED**

Under **SECTION II – WHO IS AN INSURED** the following is added to item **1**:

    f.    **Joint Ventures / Partnership / Limited Liability Company Coverage**
You are an insured when you had an interest in a joint venture, partnership or limited liability company which is terminated or ended prior to or during this policy period. . ." (Ex. A, p. 40)

13.    On or about January 22, 2015, Panzica Building Corporation ("PBC") contracted with Beacon Health Systems ("Beacon") to provide both the design and construction of the New Health & Lifestyle Fitness Center in Mishawaka, Indiana.( See the contract between Beacon and PBC is attached hereto as Exhibit B).

14.    In or around April of 2018, Jennifer Pennington and her husband Josh Pennington ("the Penningtons") filed a lawsuit ("Underlying Litigation") under Cause No.: 71D04-1804-CT-000160 against Beacon alleging that on November 16, 2016, Jennifer Pennington was injured while swimming laps in the pool because she struck her head on a concrete barrier bordering the swimming lane she chose.

15.    On July 16, 2020, the Penningtons filed their Fourth Amended Complaint containing allegations against PBC taken within its role as a joint venture. (See Plaintiffs' Fourth Amended Complaint, attached as Exhibit D). Specifically, rhetorical paragraphs 11, 22, 35, 36, 37, 38, and 39 of the Penningtons' Fourth Amended Complaint contain allegations against PBC as the manager of the joint venture. (Ex. D, ¶¶ 11, 35, 36, 37, 38, 39).

16.    Prior to completion and/or design of Beacon's multipurpose lap pool (which remains the only aspect of Beacon's Health and Fitness Center that the Penningtons allege caused their damages) PBC and Panzica Construction Company ("PCC") entered into a joint venture

agreement, creating Panzica2, A Joint Venture ("P2JV"). (See Partial Assignment and Assumption of Design/Builder's Rights and Obligations Under Standard Form of Agreement Between Owner and Design/Builder, attached as Exhibit C).

17. PBC acted as the managing joint venture partner pursuant to this agreement and assignment of obligations and responsibilities. (See Joint Venture Agreement between Contractors attached as Exhibit E). As the managing joint venture partner, PBC falls within the scope of the Westfield Insurance Company policy issued to P2JV.

18. Defendant Westfield Insurance Company is potentially liable to pay for any judgment against Plaintiff in the above-mentioned wrongful death action, because the actions taken by Plaintiff PBC as they pertain to the Underlying Litigation were taken by the members of P2JV as members of P2JV.

19. P2JV was an insured and/ is otherwise entitled to liability coverage under the above-mentioned Westfield Insurance Company's insurance policy.

20. Defendant Westfield Insurance Company is obligated to provide coverage, indemnification, and defense for Plaintiff PBC in relation to the underlying litigation.

21. A dispute has arisen between Plaintiff PBC and Defendant as to whether, under Westfield Insurance Company's Insurance Policy Number: TRA 7 972 182, Defendant Westfield Insurance Company owes any obligation to provide insurance coverage benefits including defense, indemnification, and/or payment of policy proceeds to or for the benefit of Plaintiff PBC for any alleged damages which could be asserted as a result of the aforementioned accident in April of 2016.

22. An actual controversy exists with respect to these matters, and this Court has jurisdiction to hear the matters as stated herein.

WHEREFORE, Plaintiff, Panzica Building Corporation, respectfully requests the Court enter judgment in its favor and against Defendant by declaring that any and all actions taken by Panzica Building Corporation as they relate to Beacon's multipurpose lap pool were taken within their role as managing partner in Panzica 2, A Joint Venture, and that PBC is entitled to coverage benefits including defense, indemnification, and/or payment of policy proceeds under insurance policy number TRA 7 972 182, and for all other just and proper relief.

Respectfully submitted,

*/s/Martin J. Gardner*
Martin J. Gardner *(#11557-49)*
Christopher J. Uyhelji *(#28814-53)*
Andria M. Oaks *(#35328-46)*
Gardner & Rans P.C.
202 S. Michigan Street, Suite 801
South Bend, Indiana 46601
Telephone: (574) 233-6035
mgardner@gardnerandrans.com
cuyhelji@gardnerandrans.com
aoaks@gardnerandrans.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of the filing to all counsel of record in the case.

*/s/Martin J. Gardner*
Martin J. Gardner