AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

PANZICA BUILDING CORPORATION
    Plaintiff
        v.
WESTFIELD INSURANCE COMPANY
    Defendant

Civil Action No. 3:20-cv-875

WESTFIELD INSURANCE COMPANY
    Third Party Plaintiff
        v.
JOSH PENNINGTON
JENNIFER PENNINGTON
    Third Party Defendant

WESTFIELD INSURANCE COMPANY
    Counter Claimant
        v.
PANZICA BUILDING CORPORATION
    Counter Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐  the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X**  Other:   JUDGMENT IS ENTERED in favor of Defendant/Third-Party Plaintiff/Counter Claimant Westfield Insurance Company.  The Court declares Westfield owes no duty to defend or indemnify Plaintiff/Counter-Defendant Panzica Building Corporation (a/k/a PBC) in the underlying litigation.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Magistrate Judge Michael G. Gotsch, Sr. on Motion for Summary Judgment

DATE:  12/15/2022                    GARY T. BELL, CLERK OF COURT

                                    by      s/S. Kowalsky
                                        *Signature of Clerk or Deputy Clerk*